UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>MMG Insurance Company</u>

                v.                                        Civil No. 11-cv-430-JL

<u>Samsung Electronics America, Inc., et al.</u>

\

ORDER ON NONCONFORMING DOCUMENTS
IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER:   #42 and 43, Objections to Motions to Strike Motion to Exclude and Cross-Motion for Leave to File Defendants' Motion to Exclude Testimony Nunc Pro Tunc, filed by Defendant Best Buy Co., Inc.

DATE:   February 1, 2013

The documents above fail to comply with:

LR 7.1(a)(1)   Motions, other than those submitted during trial, shall be considered only if submitted separately from other filings and only if the word "motion" appears in the title. Documents 42 and 43 will be treated only as Objections to the Motions to Strike.   Any Motion for Leave to File must be refiled.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: February 4, 2013

cc:    Charles Grau, Esq.
        Lisa Hall, Esq.
        Michael McGrath, Esq.
        Robert Upton, II, Esq.
        Thomas DeMicco, Esq.
        Christopher Flanagan, Esq.