UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


MMG Insurance Company

        v.                              Civil No. 11-cv-430-JL

Samsung Electronics America,
Inc., et al.


**O R D E R**

For reasons that will be explained in an upcoming memorandum order, MMG's motion to prevent the defendants from using Long's deposition at trial (document no. 76) is DENIED.  On or before **5 p.m. on June 5, 2013,** the defendants shall serve MMG with their designations of the portions of Long's testimony they intend to use at trial.  On or before **midnight on June 6, 2013,** MMG shall serve the defendants with its objections to those designations, if any, as well as any counter-designations.  The defendants shall be prepared to state their objections to the counter-designations, if any, on **June 7, 2013,** following jury selection. The court anticipates ruling that day on any objections to Long's deposition testimony, so that the parties may prepare their opening statements accordingly.

**SO ORDERED.**

Joseph N. Laplante
United States District Judge

Dated:  June 4, 2013

cc:  Charles W. Grau, Esq.
     Lisa Hall, Esq.
     Michael S. McGrath, Esq.
     Robert W. Upton, II, Esq.
     Thomas DeMicco, Esq.
     Christopher P. Flanagan, Esq.